UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY D. SALLIS,

    Petitioner,                            Case No. 16-cv-13846

             v.                         UNITED STATES DISTRICT COURT
                                         JUDGE
J.A. TERRIS,                       GERSHWIN A. DRAIN

    Respondent.

_____/

## ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO AMEND ARGUMENTS [#10] AND DIRECTING RESPONDENT TO FILE A SUPPLEMENTAL ANSWER

This matter is before the Court on Petitioner's Motion for Leave to Amend Arguments in support of his habeas petition. Dkt. No. 10. Petitioner has submitted the supplemental pleading with his motion. Dkt. No. 11. The Court has discretion to allow amendment of the habeas petition. *See* Rule 11, Rules Governing 28 U.S.C. § 2254 Cases; Fed. R. Civ. P. 15(a). Having reviewed the matter, the Court finds that Petitioner should be allowed to amend his argument. Accordingly, the Court **GRANTS** Petitioner's motion to amend. The Court further **DIRECTS** Respondent to file a supplemental answer addressing Petitioner's new argument within **30 days** of the filing date of this order. Petitioner then has **45 days** to file a supplemental reply, if desired.

SO ORDERED.


Dated:          May 30, 2018

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge
